**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No.  1:09-00013 |
| | ) | Judge Trauger |
| DONNY RAY BROWN | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that this case is set for a revocation hearing on Thursday,

September 26, 2013, at 2:30 p.m.

It is so **ORDERED.**

Enter this 23rd day of September 2013.

_____
ALETA A. TRAUGER
United States District Judge