IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED. Hearing reset for 10/2/13 at 10:00 a.m.*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) No. 1:09-00013 |
| v. | ) |
| | ) JUDGE TRAUGER |
| | ) |
| **DONNY RAY BROWN** | ) |

### DEFENDANT DONNY RAY BROWN'S
### MOTION TO CONTINUE HEARING

Defendant, Donny Ray Brown, respectfully requests that this Honorable Court continue the Hearing currently scheduled for September 26, 2013. Defense counsel has a personal family obligation set that afternoon which has been set for two months and cannot be rescheduled. Defense counsel is available that morning of September 26, 2013, or Wednesday, October 2, 2013, through Friday, October 4, 2013, at any time.

1