# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:09-00013 |
| ) | Judge Trauger |
| DONNY RAY BROWN ) | |

## **O R D E R**

A revocation hearing was held on October 2, 2013. The parties announced an agreed disposition that is acceptable to the court.

The defendant pled guilty to Violation Nos. 2 through 6 of the Superseding Petition (Docket No. 77), and the court finds those violations **ESTABLISHED**. Upon motion of the government, Violation No. 1 is **DISMISSED**.

The defendant's supervised release is **REVOKED**, and he is sentenced to serve twelve (12) months in the custody of the Bureau of Prisons, with no supervision to follow. The government may destroy the contraband and evidence involved in these violations.

The court notes that the defendant self-surrendered on the warrant issued pursuant to the Superseding Petition.

It is so **ORDERED.**

Enter this 2nd day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge